

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE CRIMINAL DISTRICT COURT NO. 2 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 11th day of January, 2018, the cause on appeal to revise or reverse the judgment between

SERGIO GONZALEZ, Appellant

No. 05-17-00225-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 2, Dallas County, Texas
Trial Court Cause No. F-1658674-I.
Opinion delivered by Justice Boatright.
Justices Francis and Evans participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

Offense for which Defendant Convicted: Possession with intent to deliver a controlled substance listed in Penalty Group 1

Terms of Plea Bargain:  Open

As **MODIFIED**, the judgment is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 21st day of May, 2018.



_____
LISA MATZ, Clerk